

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2020

No. 04-19-00717-CV

**ELIZABETH BENAVIDES ELITE AVIATION INC.**,
Appellant

v.

**CITY OF LAREDO**, Laredo Jet Center, LLC, John Holler,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017CVK002669-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellees' brief was originally due December 9, 2019. Neither the brief nor a motion for extension of time was filed. On December 16, 2019, we advised appellees by letter that the brief was past due. Appellees were asked to file a response within ten days of the date of the letter, stating a reasonable explanation for failing to file the brief. Appellees did not file a response.

We therefore **ORDER** appellees to file, **by or before January 16, 2020**, their appellees' brief and a written response reasonably explaining their failure to timely file the brief. If appellees fail to file a brief and written response by the date ordered, we will order the case submitted without an appellees' brief.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court